**FILED**

July 22, 2026

.CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:＿＿＿ Joseph Hinojos ＿＿＿

DEPUTY

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Anthoney David Pidgeon<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)     Case No.  **PE: 26-MJ-285** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ＿＿＿ 06/25/2026 ＿＿＿ in the county of ＿＿＿ Pecos ＿＿＿ in the
＿＿ Western ＿＿ District of ＿＿ Texas ＿＿ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code § 930 | Possession of Firearms and Dangerous Weapons in Federal Facilities. |

This criminal complaint is based on these facts:

See Attached affidavit of Department of Veterans Affairs Police Lieutenant, Jared Anthony Soto incorporated by reference

☑ Continued on the attached sheet.

Complaint sworn to telephonic ally and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
*Complainant's signature*

Jared A. Soto, Lieutenant
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
*Printed name and title*

Date: ＿＿ 7/22/2026 ＿＿

City and state: ＿＿ Alpine,Texas ＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
*Judge's signature*

United States Magistrate Judge David Fannin
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jared Anthony Soto, a Police Officer with the Department of Veterans Affairs (VA), being duly sworn, make this affidavit in support of a criminal complaint against and arrest warrant for Anthony David Pidgeon alleging violations of 18 U.S.C. § 930(b)–Possession of Firearms and Dangerous Weapons in Federal Facilities–which prohibits any person to knowingly possess or cause to be present a firearm or other dangerous weapon in a Federal Facility.

The Veterans Affairs Police at George H. O'Brien VAMC received a telephone call on or about June 25, 2026, reporting that veteran–later identified as Anthoney David Pidgeon ("Pidgeon")–walked into the Community Based Outpatient Clinic in Fort Stockton, Texas, which is federal medical facility and property of the U.S. Department of Veterans Affairs. Pidgeon drew what was believed to be a firearm causing the entire staff of the facility to evacuate or seek immediate shelter from the imminent perceived threat. Pecos County Sheriff's Deputies, Fort Stockton Police Officers and Texas Department of Public Safety Troopers responded to the 911 call made by a facility staff member.

Video surveillance from the lobby shows Pidgeon walking into the clinic, approaching the check-in with documents in hand, placing the documents on the counter, turning to the patient's waiting area and producing what appears to be a handgun from his waistband or back pocket. Pidgeon then sits in an empty chair, looks at the pistol and proceeds to hold it up to the underside of his chin. After a short time passes, Pidgeon removes the firearm from his chin and holds it with his left hand across his body, with the barrel of the weapon pointed away from his body.

At approximately 1536 hours, while still sitting alone in the lobby, Pidgeon again raises the firearm to his chin while the surveillance video also shows law enforcement officers begin to enter the building. The officers engage in dialog and negotiation with Pidgeon which continues for approximately one and a half hours. Officers succeed in persuading Pidgeon to surrender his firearm and then take him into custody. Surveillance video revealed a second firearm was surrendered by Pidgeon prior to being taken into custody.

Based on the facts set forth in this Affidavit, obtained from personal observations and information provided by other law enforcement officers, probable cause exists to show Defendant's criminal violation. Therefore, I respectfully request the Court approve the Complaint charging this violation and issue an arrest warrant for Anthoney David Pidgeon.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Jared A. Soto
Lieutenant
Department of Veterans Affairs Police

David B. Fannn
United States Magistrate Judge